release by committing the offense of public intoxication. The Government concedes the error.

Our review of the record confirms that whether Araguz had violated his supervised release conditions by committing the offense of public intoxication was not at issue during the revocation hearing. Because the district court made no mention a such a violation at any point in the revocation hearing, including during its oral pronouncement of sentence, the oral pronouncement of sentence conflicts with the written judgment, and the case is RE-MANDED FOR THE LIMITED PURPOSE of allowing the district court to conform its written judgment to its oral pronouncement of sentence. *See United States v. Martinez,* 250 F.3d 941, 942 (5th Cir.2001).

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Edward Smith claims the defendants denied him pain medication. He sues under 42 U.S.C. § 1983, but the defendants are private persons and not state actors. Even assuming that Smith has adequately briefed an issue in his *pro se* brief, he has not stated a claim upon which relief may be granted.

The district court properly dismissed, and the judgment is AFFIRMED.

**Edward D. SMITH, Plaintiff–Appellant,**

v.

**BASTROP MEDICAL CLINIC, P.A., Incorporated; Augustin Batlle, Medical Director; Sarah Chavez, Masters of Science in Nursing, Certified Family Nurse Practitioner, Defendants–Appellees.**

No. 11–50981
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 2, 2012.

Edward D. Smith, Dime Box, TX, pro se.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Angelica Maria MAURICIO,
Defendant–Appellant.**

No. 11–50422
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 2, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.